IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | No. 3:12-CR-0175-O |
| § | |
| HERMAN VAUGHN (29) § | |

### ORDER

Pending before the Court is Defendant's Motion for Early Termination of Supervised Release (ECF No. 1779). Defendant seeks early termination because he has served 26 months of his 60 month term of supervised release, he has a good support system, and he works for a friend. However, Defendant's supervising officer reports that Defendant has tested positive for opiates on one occasion, for cocaine on another occasion, and has previously failed to report for drug testing. Based on all of the information, Defendant has failed to carry his burden to show his supervised release should be terminated. Accordingly, Defendant's Motion is **DENIED**.

Signed this 17th day of July, 2019.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE