Case 3:12-cr-00175-O   Document 1831   Filed 04/27/20   Page 1 of 2  PageID 6687



# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Report on Person Under Supervision - Early Termination Requested

| | |
|---|---|
| Name of Offender: | Herman Vaughn |
| Case No.: | 3:12-CR-00175-O (29) |
| Name of Sentencing Judge: | U.S. District Judge Reed O'Connor |
| Date of Original Sentence: | November 30, 2012 |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 12 U.S.C. § 846, Class A Felony |
| Original Sentence: | 72 months imprisonment, 60-month term of supervised release. Reduced to 62 months imprisonment on September 15, 2015 |
| Revocations: | None |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | November 25, 2016 |
| Assistant U.S. Attorney: | Brandon McCarthy |
| Defense Attorney: | G. Shane Lewis (Court appointed) |

## Request to Terminate Supervision Prior to the Original Expiration Date

**Previous court action**:

On February 7, 2019, Mr. Vaughn filed a Motion for Early Termination of Supervised Release. On July 17, 2019, and order denying Mr. Vaughn's motion was filed by the court.

On April 15, 2020, Mr. Vaughn filed a Second Motion for Early Termination of Supervised Release.

The following information/request is being presented for the Court's review and decision:

Herman Vaughn commenced his term of supervised release on November 25, 2016, in the Northern District of Texas. Since that date, Mr. Vaughn has continued participation in outpatient substance abuse treatment and random drug testing. Since August 2017, Mr. Vaughn has not submitted any urine specimen that has tested positive for any illicit substance. Mr. Vaughn has continued to check in monthly as required. Mr. Vaughn has remained on Social Security-Disability income since his supervision commenced and has maintained stable residence.

A recent records check revealed no additional criminal activity while on supervised release.

Mr. Vaughn is consistently responsive to the requests of the probation officer and has made himself available for supervision. He has completed 40 months of his 5-year (60 month) term of supervised release.

Pursuant to Rule 32.1(c) of the Federal Rule of Criminal Procedure, the Office of the U.S. Attorney was advised of our plan to request an early termination of supervision ten business days prior to submission to the Court. The U.S. Attorney's office concurs with his request for early termination.

I declare under penalty of perjury that the
foregoing is true and correct.

Executed on April 27, 2020
Respectfully submitted,

Approved,

s/James Williams
U.S. Probation Officer
Wichita Falls
Phone: 469-418-0378

s/Edith D. Foster
Supervising U.S. Probation Officer
Phone: 214-753-2475

**Order of the Court:**

☒ Petition is Granted. The Court agrees with the recommendation of the probation officer and orders that Herman Vaughn be discharged from supervision and the proceedings in this case be terminated.

☐ Petition is Denied.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Reed O'Connor
U.S. District Judge
4/27/20
Date

JMW

* Attachment